BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2727

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NINA NGUYEN, et al,<br><br>Defendants, | CASE NO. 2:12-CR-0409 GEB<br><br>STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Lee S. Bickley, Assistant U.S. Attorney, representing plaintiff United States of America and Scott Cameron, Esq., representing defendant Nina Nguyen, that the documents provided as discovery in this case to defense counsel are subject to a Protective Order.

The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim and witness social security numbers, driver license numbers, bank account numbers, dates of birth, addresses, telephone numbers, and email addresses. This Protective Order extends to all documents provided in this case, including those concerning conduct not directly charged in the indictment.

By signing this Stipulation and Protective Order, defense counsel agree not to share any documents that contain Protected Information with anyone other than defense counsel and their

Stipulation and Proposed Protective Order    1

designated defense investigators and support staff.  Defense counsel may permit the defendants to view the documents in the presence of their attorney, defense investigators and support staff, so long as defense counsel, defense investigators and support staff do not allow the defendants to copy Protected Information contained in the discovery, and defense counsel, defense investigators, and support staff do not allow the defendants to retain unredacted copies of these records.  In the event that the defendants substitute counsel, undersigned defense counsel agree to withhold documents containing Protected Information from new counsel unless and until substituted counsel agree also to be bound by this Order.

Respectfully submitted,

DATE: February 15, 2013     /s/ Scott Cameron by Lee S. Bickley
SCOTT CAMERON
Attorney for Nina Nguyen


DATE: February 21, 2013     BENJAMIN B. WAGNER
United States Attorney


By:     /s/ Lee S. Bickley
LEE S. BICKLEY
Assistant U.S. Attorney


**IT IS SO ORDERED**:
**Date:  2/21/2013**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

designated defense investigators and support staff.  Defense counsel may permit the defendants to view the documents in the presence of their attorney, defense investigators and support staff, so long as defense counsel, defense investigators and support staff do not allow the defendants to copy Protected Information contained in the discovery, and defense counsel, defense investigators, and support staff do not allow the defendants to retain unredacted copies of these records.  In the event that the defendants substitute counsel, undersigned defense counsel agree to withhold documents containing Protected Information from new counsel unless and until substituted counsel agree also to be bound by this Order.

Respectfully submitted,

DATE: February 15, 2013     /s/ Scott Cameron by Lee S. Bickley
SCOTT CAMERON
Attorney for Nina Nguyen


DATE: February 21, 2013     BENJAMIN B. WAGNER
United States Attorney


By:     /s/ Lee S. Bickley
LEE S. BICKLEY
Assistant U.S. Attorney


**IT IS SO ORDERED**:
**Date:  2/21/2013**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE