| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | R. STEVEN LAPHAM<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2724<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0409 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| v. | |
| NINA NGUYEN, ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel, that the judgment and sentencing of defendants NINA NGUYEN and LUAN TRAN, currently scheduled for November 14, 2013, may be continued to **December 5, 2013**, at 9:30 a.m. to provide the Probation Officer additional time to consider information provided to her by the government, and the schedule for objections may be modified as set forth below.

| | |
|---|---|
| Informal Objections to Probation: | November 7, 2013 |
| Pre-Sentence Report Filed with the Court: | November 14, 2013 |
| Motion for Correction to PSR: | November 21, 2013 |

Stip and Order Continuing J&S

1

Reply or Statement of Non-Opposition:	November 28, 2013

Defense counsel have reviewed this stipulation and proposed order and have authorized the government to file it on their behalf.

DATED: October 28, 2013

                      BENJAMIN WAGNER
                      United States Attorney

By: /s/ R. Steven Lapham
     R. Steven Lapham
     Assistant U.S. Attorney

DATED: October 28, 2013

/s/ Scott N. Cameron
Scott N. Cameron
Counsel for Nina Nguyen

DATED: October 28, 2013

/s/ Michael Bigelow
Michael Bigelow
Counsel for Luan Tran

O R D E R

IT IS SO ORDERED.

Dated: October 29, 2013

Troy L. Nunley
United States District Judge

Stip and Order Continuing J&S       2