SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-442-5230

Attorney for:
NINA NGUYEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>NINA NGUYEN, and<br>LUAN TRAN,<br><br>                Defendants, | CASE NO. 2:12-CR-00409 TLN<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendants, NINA NGUYEN and LUAN TRAN, by and through their counsel of record, hereby stipulate that the judgment and sentencing of both defendants, currently scheduled for December 5, 2013, may be continued to January 16, 2014, at 9:30 a.m. The son of both defendants has recently been diagnosed with a serious medical condition. This may become relevant to defendants' argument at sentencing and the defense needs additional time to obtain medical documentation and discuss the matter with the government. Defendants are requesting the continuance for that purpose. The parties further stipulate that the schedule for objections may be modified as set forth below:

///

1

| | | |
|---|---|---|
| Pre-Sentence Report Filed with the Court: | | Completed |
| Motion for Correction to PSR: | | Completed |
| Reply or Statement of Non-Opposition: | | January 9, 2013 |

The United States Probation Department has been consulted about this continuance and has no objection. The parties have reviewed this stipulation and proposed order and have authorized counsel for NINA NGUYEN to sign and file it on their behalf.

IT IS SO STIPULATED.

DATED: November 26, 2013　　/s/R. Steven Lapham
　　　　　　　　　　　　　　　R. Steven Lapham
　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: November 26, 2013　　/s/Scott Cameron
　　　　　　　　　　　　　　　Scott Cameron
　　　　　　　　　　　　　　　Attorney for NINA NGUYEN

DATED: November 26, 2013　　/s/Michael Bigelow
　　　　　　　　　　　　　　　MICHAEL BIGELOW
　　　　　　　　　　　　　　　Attorney for LUAN TRAN

**O R D E R**

IT IS SO ORDERED this 2nd day of December, 2013.

_____
Troy L. Nunley
United States District Judge