SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-442-5230

Attorney for:
NINA NGUYEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12-CR-00409 TLN |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | |
| NINA NGUYEN, and LUAN TRAN, | |
| Defendants, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendants, NINA NGUYEN and LUAN TRAN, by and through their counsel of record, hereby stipulate that the judgment and sentencing of both defendants, currently scheduled for January 16, 2014, may be **advanced** to December 19, 2013, at 9:30 a.m. The reason for the prior continuance of the sentencing has now become moot. Furthermore, lead counsel for the government will be leaving the Office of the United States Attorney on or about December 20, 2013, and all parties desire to advance the sentencing for continuity of counsel. The parties further stipulate that the schedule for objections may be modified as set forth below:

/ / /

1

| | |
|---|---|
| Pre-Sentence Report Filed with the Court: | Completed |
| Motion for Correction to PSR: | Completed |
| Reply or Statement of Non-Opposition: | December 12, 2013 |

The United States Probation Department has been consulted about this continuance and has no objection. The parties have reviewed this stipulation and proposed order and have authorized counsel for NINA NGUYEN to sign and file it on their behalf.

IT IS SO STIPULATED.

DATED: December 6, 2013 /s/R. Steven Lapham
R. Steven Lapham
Assistant United States Attorney

DATED: December 6, 2013 /s/Scott Cameron
Scott Cameron
Attorney for NINA NGUYEN

DATED: December 6, 2013 /s/Michael Bigelow
MICHAEL BIGELOW
Attorney for LUAN TRAN

# O R D E R

IT IS SO ORDERED this 6th day of December, 2013.

_____
Troy L. Nunley
United States District Judge